THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(D)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
SCDSS, Respondent,
v.
Kenneth L. Edwards, Appellant.
 
 
 

Appeal From Charleston County
 Frances  P. Segars-Andrews, Family Court Judge

Unpublished Opinion No. 2006-UP-113
Submitted February 1, 2006  Filed February 21, 2006   

AFFIRMED

 
 
 
Kenneth L. Edwards, of Hollywood, pro se for Appellant.
John M. Magera, of Mt. Pleasant, and Pamela Denise Brown, of N. Charleston, for Respondent.
 
 
 

PER CURIUM:  Kenneth Edwards appeals a family court order registering a North Carolina judgment against him for child support and other costs, claiming North Carolina did not have personal jurisdiction.  Because Edwards was aware of the North Carolina actions and subject to North Carolinas jurisdiction, as evidenced by the signed certified mail receipt and the affidavit from the wifes attorney, we find the order valid and remaining in effect.  We affirm the trial courts finding that Edwards should continue to pay $300 per month on the arrears due in his child support case pursuant to Rule 220(b)(1), SCACR, and the following authorities:[1]  S. C. Code Ann. § 20-7-1144 (Supp. 1996) (holding the non-registering party bears the burden of proving the issuing tribunal lacked personal jurisdiction over the party contesting registration) and N. C. Gen. Stat. 50A-4, repealed by S.L. 1999-223, § 1(b), eff. Oct. 1, 1999 (providing notice requirements to obtain jurisdiction over out-of-state residents).
AFFIRMED.
HEARN, C.J., and ANDERSON and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.